N/S/I

RELATED DDJ

TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM
In Pro Per

```
FILED
CLERK, U.S. DISTRICT COURT

1/19/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ____eee____ DEPUTY
```

DISTRICT COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

PLAINTIFF

TODD MICHAEL SCHULTZ

vs.

DEFENDANTS

ELON MUSK

2:24-CV-00545-JAK-DTB

NOTICE OF COMPLAINT AND PRAYER FOR RELIEF FOR THE OBSTRUCTION OF DUE PROCESS AND RIGHT TO HOLD OFFICE USING FRAUDULENT PRACTICES VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1964

## INTRODUCTION

1) Defendant Elon Musk is liable under the Civil Rights Act of 1964 for election crimes including "acts of deception" and a willful obfuscation of a political candidate, Plaintiff, in Pro Per, Todd Michael Schultz, who has made vivid attempts to launch a presidential campaign with a professionally produced video. This is the cornerstone of Presidential Campaigns and signifies that plaintiff is in no way joking. It could not even be gleaned to be a joke, as it's chalk full of susbtance. Schultz has an X (formerly known as Twitter) account since the early 2010's. Defendant Elon Musk made an offer for the site, then Twitter, and was compelled to buy it. Mr. Musk tried to write it off as a win, telling the public he would be for the people. That he would reduce misinformation. That he would minimize hate on the platform. But nothing of the sort that has happened.

1
Complaint for Violating The Civil Rights Act of 1964

2) Mr. Musk has made a fool of himself on the world stage, claiming that his reign over what is now oddly called "X" instead of the well loved and known "Twitter" (even the color scheme has taken a dark turn, from an amiable blue, to black and crackle filters). On it's own, the change to X was an egregious act of subversiveness on the public, who had been using Twitter for a long time. But this not the cause of action, merely a pattern of conduct, that has been going on since Musk purchased the platform for 44 billion dollars (does he really have access to 44 billion dollars? And how?), Musk has sang the praises of his own company without following through on any of the ideals sung about in said praises. He is a liar and a fraud. He has deceived the entire population of America with his usage of "X" and his lies about caring about the truth. He propagated The Twitter Files with Matt Taibbi and Bari Weiss. It was merely the white house, under Obama's presidency, had requested Twitter take down revenge porn of the then Vice President's son Hunter. That was the big scandal they had uncovered. It was nothing burger all over. And I can't be sillly enough to entertain what amounted to the most insipid piece of journalism ever propogated. It was stupid, for one. And was built up to be a revelation, which is was not. Nor is it now.

3) Mr. Musk is a fraud. he didn't invent the Tesla. Maybe he took the company up with his fantastical presentations. But he doesn't have an iota of care for other people. Also, he obstructed my presidential campaign and intentions in such an egregious way as to deny the public choice I have been on many Spaces on X, where I was taken seriously. But these experiences, were the exception. The main action on Spaces, for X, is narcissists controlling audio spaces with mute buttons, gaslighting, rudeness, cruelty, homomphobia (Kumar, a presenter on X rooms, I believe a man from India, called me a "faggot" probably 25 times in less than ten minutes on one occasion. I wrote Bari Weiss a letter, and it was sent to her assistant. The next day Kumar's account was gone. 3 days later it was back. I decided to tell Kumar, months later, when I saw he was hosting a space, or rather tell his audience about the truly dreadful experience I had in his Space, at his discretion and anger and insanity, for lack of better term. Meaning this: I reported the prior instance, and the latter happened months later. Meaning, Musk is okay with this. He monitors site obssessively and punishes people who speak out against him.

---

4) Mr. Musk has committed fraud in such a way as to prevent me, a 37 year old American male, eligible for the presidency, from attaining that office, and he did so under the false pretenses that his platform was going to be a source of truth and the previously obscured. Mr. Musk obscured me and my account MORE than Twitter ever had. And when I retweeted @MaborishiTodd from @BretEastonEllis, I knew the math did not add up in the engagement (per standard deviation of the variables i.e. followers, likes, retweets, etc). There was interference with @MaborishiTodd's account, which is the sole account plaintiff engages since Musk bought Twitter and made it X.

## JURISDICTION

5) A person commits the common law tort of interfering with a right to hold office (or vote) when they do so engaging in fraud with respect to the political domain, or engage in "acts of deception" where presidential campaigns are concerned. Mr. Musk is an avid talker of politics and claims to hate censorship. Plaintiff, Todd Michael Schultz, who has demonstrated with a professional campaign video, a serious intent to run for President and should be therefore, not obstructed by fraudulent scheming and public deception. Such a person who commits the fraud is liable to plaintiff under the Civil Rights Act of 1964. Civil Rights is the perview of the district court.

## Venue

6) Central District of California - Los Angeles is the perfect venue. Mr. Musk holds residencies in many cities, and has a jet. It's likely not an issue to him, but Mr. Schultz prefers the proximity to the district in his home of 14 years.

## SUMMARY OF EVENTS

7) After quite literally, a bad joke went horrible, Elon Musk acquired Twitter Inc. on April 14th, 2022. It's a shame he didn't acqurie it on April Fool's Day, as that would be quite apt. In earnest, Musk pompously suggested he would buy the company on his twitter account, and was then, rather unceremoniously, compelled to fork over 44 billion dollars (where did he get that from?) to Jack Dorsey and the rest of the Twitter shareholders.

8) Patrik Tomlinson is a Science Fiction writer who has a legion of dedicated stalking accounts pointed at him and his family. He's been swatteed multiple times and exhausted efforts with the courts, being shut down every time, unjustly. Musk's X hosts many of these accounts. They are sickening, obscene, abhorrent and harmful. After speaking in support of Tomlinson, I was swatted 2 days later, very likely by the group of stalkers that Tomlinson now only replies "Enjoy Prison" to at this point. You can block an account, sure. But I contend on one occasion, an account I muted, a person who routinely comments hate speech toward Tom Sandoval from Vanderpump Rules and justifies it with platitudes. Plainly put, this account is a harmful narcissist. In the name of free speech and Section 230, I used the mute button, but STILL, I was seeing this accounts posts, which were insane attacks on my Presidential campaign and claims I was trying to "hijack the political process" with no substance to support such an assertion.

9) Mr. Musk, while no genius, to be sure, is aware enough of mechanics to have potentially called this occurence. Either way, it's reckless, and fraud. Musks insistence that hate tweets are down and bots are down since his ownership defy reality and demonstrate that he only claims to care about issues of substance and truth, but is really more concerned with disabling accounts criticial of himself. Perhaps, in a universe where Musk said "It's my site and I'm going to do whatever I damn well please," and that was somehow legal, WE live in a universe where Musk has propogated a campaign of INTEGRITY and FAIRNESS when the reality is more like the Sodom and Gomorroh of the internet.

10) After the harassing account was able to taret me while muted, I deleted my account, or suspended it until I decided that it would be integral to a presidentail campaign. One might imagine that Musk would be enthused about hearing new political voices. This is not the case. He's interested in maintaining the appearance. Not doing the actual work. Mr. Musk is not a genius because true geniuses enjoy the work more than the praise. You won't find them bragging or boasting anytime, because they tend to have humility, even where they have confidence.

11) I knew for certain that my account was being shadowbanned when on December 29th, I retweeted my audio telling of the prologue from a novel I've written "A Hollywood Story", recorded and hosted on X, Spaces - as I was under the impression to some degree that X was a place that valued new voices, due to Musk's fraud. I retweeted it using my partner's 500k subscriber plus account. There was absolutely no engagement on the post. Not even the usual hate tweets. This was beyond suspicious. I tend to believe the math is so off on this occurrence, it has to be active interference with my account on Musk's behalf, as he is the owner, and fired 75 percent of their workforce. It's likely he calls the shots on Presidential Candidates and who gets a fair shake. Though in this instance, he's manipulating the American integrity on which our democracy will only thrive. This type of behavior deprives due process for plaintiff. He has the right to speak up and run for president, and granted that Musk cannot make any reasonable asserting of Schultz being somehow anything but qualified for the position - or explain the aforementioned happening - which was mathematically and societally highly unlikely and highly suspicious. Granted Musk is guilty of this behavior and liable to plaintiff, he shall pay damages.

## Prayer for Relief

12. Mr. Schultz wants his account immediately unshadowbanned or otherwise compromised.

13. Musk is to pay plaintiff one million dollars in punitive damages for obstruction of justice and one million in emotional damages. Depriving an American citizen of basic accomodations of respect where public information is concerned is a highly disconcerting behavior that can make or break a life. And should NEVER BE TAKEN LIGHTLY BY ANY SUBSTANTIVE AMERICAN BODY.

Dated Sunday December 31st        Signed by Todd Michael Schultz in Pro Per