| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)<br>OR OF PARTY APPEARING IN PRO PER<br><br>Todd Michael Schultz in Pro Per<br>818 N Doheny Dr #1108<br>West Hollywood, CA 90069 | CLEAR FORM<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>1/19/24<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: \_\_\_\_eee\_\_\_\_ DEPUTY |
| ATTORNEY(S) FOR: | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Todd Michael Schultz<br><br>Plaintiff(s),<br>v.<br><br>Elon Musk<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-CV-00545-JAK-DTB<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for           Todd Michael Schultz
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Elon Musk | Defendant |
| Todd Michael Schultz | Plaintiff |

01/19/24
_____     _____
Date                         Signature

Attorney of record for (or name of party appearing in pro per):

_____